IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTY L. SPEAKMAN | ) | CASE NO. 2:07cv135 |
| | ) | |
| Plaintiff, | ) | Judge SMITH |
| | ) | MAGISTRATE JUDGE KING |
| v. | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| OHIO UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, we, the attorneys for the respective parties, stipulate that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

          Respectfully submitted,

/s/ Thomas D. Robenalt
THOMAS D. ROBENALT (0055960)
COLIN P. SAMMON (0076011)
**Novak, Robenalt & Pavlik L.L.P.**
Tower City Center
Skylight Office Tower
1660 West Second Street, Suite 950
Cleveland, Ohio 44113-1498
Phone: (216) 781-8700
Fax: (216) 781-9227
Email: trobenalt@nrplaw.com

Attorneys for Plaintiff

/s/ Timothy A. Lecklider
Timothy A. Lecklider
Assistant Attorney General
Employment Law Section
State of Ohio Office of the Attorney General
150 E. Gay Street, 22nd Floor
Columbus, Ohio 43215

## **CERTIFICATE OF SERVICE**

This will certify that the foregoing was filed electronically on January 24, 2008. This filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Thomas D. Robenalt
THOMAS D. ROBENALT (0055960)
COLIN P. SAMMON (0076011)
**Novak, Robenalt & Pavlik L.L.P.**
Tower City Center
Skylight Office Tower
1660 West Second Street, Suite 950
Cleveland, Ohio 44113-1498
Phone:  (216) 781-8700
Fax:  (216) 781-9227
Email: trobenalt@nrplaw.com

Attorneys for Plaintiff